UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. NIEDERREUTHER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF ATWATER,<br><br>　　　　　Defendant. | Case No.  1:19-cv-00779-DAD-BAM<br><br>**ORDER REGARDING JOINT STIPULATION TO CONTINUE NON-EXPERT AND EXPERT DISCOVERY CUTOFFS PROVIDED IN THE SEPTEMBER 12, 2019 SCHEDULING ORDER**<br><br>(Doc. No. 51) |

　　　　On September 17, 2020, the parties filed a joint stipulation to continue the deadlines set forth in the Court's Scheduling Order for non-expert discovery, expert disclosures, supplemental expert disclosures and expert discovery. (Doc. No. 51.) The parties explain that they would like to continue the discovery deadlines until after resolution of their pending motions for partial summary judgment. (*Id.* at 2.) The hearing date for the motions is October 6, 2020, which governs the deadlines for briefing, and the motions are set to be decided on the papers. (Doc. Nos. 27, 38, 46.)

　　　　Having considered the parties' request, and good cause appearing, the joint stipulation to continue the deadlines for non-expert discovery, expert disclosures, supplemental expert disclosures and expert discovery is GRANTED.  The Court's September 12, 2019 Scheduling

Order is HEREBY MODIFIED as follows:

| | |
|---|---|
| Expert Disclosure: | December 26, 2020 |
| Supplemental Expert Disclosure: | January 22, 2021 |
| Non-expert Discovery Cutoff: | January 29, 2021 |
| Expert Discovery Cutoff: | April 1, 2021 |

All other dates in the Court's September 12, 2019 Scheduling Order remain unchanged, including the deadline for pre-trial motions, the pretrial conference and trial.

IT IS SO ORDERED.

Dated:   **September 21, 2020**          /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE