UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. NIEDERREUTHER,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF ATWATER,<br><br>        Defendant. | Case No.  1:19-cv-00779-DAD-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO FURTHER CONTINUE NON-EXPERT AND EXPERT DISCOVERY CUTOFFS**<br><br>(Doc. No. 65) |

      On November 16, 2020, the parties filed a joint stipulation to further continue the deadlines for non-expert discovery, expert disclosures, supplemental expert disclosures and expert discovery. (Doc. No. 65.) The parties explain that the Court previously extended these discovery deadlines in part due to pending motions for partial summary judgment. The parties report that the motions for partial summary remain pending and resolution of these motions will determine the need for and propriety of additional expert and non-expert discovery. The parties therefore request an additional sixty-day extension of the discovery deadlines to permit time for the Court to issue rulings on the motions for partial summary judgment. (*Id.* at 2.)

      Having considered the parties' request, and good cause appearing, the joint stipulation to further continue the deadlines for non-expert discovery, expert disclosures, supplemental expert

disclosures and expert discovery is GRANTED.  The discovery deadlines are HEREBY MODIFIED as follows:

| | |
|---|---|
| Expert Disclosure: | February 24, 2021 |
| Supplemental Expert Disclosure: | March 21, 2021 |
| Non-expert Discovery Cutoff: | March 28, 2021 |
| Expert Discovery Cutoff: | May 31, 2021 |

All other dates in the Court's September 12, 2019 Scheduling Order remain unchanged, including the March 1, 2021 deadline for pre-trial motions, the July 19, 2021 pretrial conference and the September 14, 2021 jury trial.  Any request to continue these remaining deadlines must be supported by a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated:   **November 30, 2020**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

2